

STORCH AMINI MUNVES PC
A New York Professional Corporation

LITA BETH WRIGHT
Member NY and NJ Bars

**MEMO ENDORSED**

March 12, 2008

**BY FACSIMILE (212) 805-6326**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*OK — reschedule for 3/28 @ 10:45 am*

Re:   Diane Von Furstenberg Studio, L.P. v. Target Brands, Inc., et ano.
      **08 Civ. 00866 (CM)(GWG)**

*Colleen McMahon 3/12/08*

Dear Judge McMahon:

We represent defendants Target Brands, Inc. and Target Corporation in the above-referenced action. We write to request, with plaintiff Diane Von Furstenberg Studio, L.P.'s consent, a brief two week adjournment of the initial pretrial conference currently scheduled in this action for Friday, March 14, 2008 at 11:45 a.m. Plaintiff has advised that it intends to amend the complaint this week and expects to name additional parties. We respectfully submit that the brief adjournment should allow the newly named parties sufficient time to appear and participate in the initial scheduling conference in this action.

Thank you for your consideration of this request.

Respectfully submitted,

*Lita Beth Wright*
Lita Beth Wright

cc:   Scott Gelin, Esq. (by facsimile)
      James R. Steffen, Esq. (by facsimile)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08
```

2 Grand Central Tower  New York, New York 10017  Tel: 212.497.8207  Fax: 212.490.4208  E-mail: lbwright@samlegal.com
Washington, DC  Garden City, NY  South River, NJ