UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
Diane Von Furstenberg Studio, L.P.,

08 Civ. 866 (CM)(GWG)

Plaintiff(s),

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

-against-
Target Brands, Inc., et al,

Defendant(s).
---------------------------------------X

The above entitled action is referred to the Honorable Gabriel W. Gorenstein, United States Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute:*

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Habeas Corpus

___ Social Security

~~___ Settlement*~~ ❌

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation

___ Inquest After Default/Damages Hearing

*Parties want immediate mediation*

Particular Motion:_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: 3/28/08
New York, New York

SO ORDERED:

[signature]

Hon. Colleen McMahon
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08