AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Diane Von Furstenberg Studio, L.P.,

    Plaintiff,

Target Brands, Inc., et al.,

    Defendants

**APPEARANCE**

Case Number: 08 Civ 866 (CM)(GWG)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Kandy Kiss of California, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 3/30/2008 | _/s/ K. Schachter_ |
| Date | Signature |
| | Kenneth R. Schachter     8833 |
| | Print Name     Bar Number |
| | 111 West 40th Street, 33rd Floor |
| | Address |
| | New York   New York   10018 |
| | City   State   Zip Code |
| | (212) 730-1900    (212) 391-4556 |
| | Phone Number    Fax Number |