Lita Beth Wright (LW 0442)
STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
Attorneys for Defendants Target Corporation
    and Target Brands, Inc.

OF COUNSEL:
James R. Steffen (MN#204717)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402
(612) 766-7000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| DIANE VON FURSTENBERG STUDIO, L.P., a Delaware limited partnership, | : : : | **Case No. 08 CV 00866 (CM) (GWG)** |
| Plaintiff, | : : | **ECF CASE** |
| -against- | : : : : | **RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANTS TARGET BRANDS, INC. AND <u>TARGET CORPORATION</u>** |
| TARGET BRANDS, INC., a Minnesota corporation; TARGET CORPORATION, a Minnesota corporation; KANDY KISS OF CALIFORNIA, INC., a California corporation; MILLWORK TRADING COMPANY, LTD, a New York Corporation | : : : : : : | |
| Defendants. | : | |

------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Target

Corporation and Target Brands, Inc., through their undersigned attorneys, certifies that Target

Corporation has no parent corporation, and no publicly held corporation owns ten percent or

more of its stock, and that Target Brands, Inc. is a wholly-owned subsidiary of Target

Corporation.

Dated: New York, New York
      March 31, 2008

STORCH AMINI & MUNVES PC


By:    /s/ Lita Beth Wright
        Lita Beth Wright (LW 0442)
140 East 45th Street, 25th Floor
New York, New York 10017
Tel. (212) 490-4100
Fax (212) 490-4208

OF COUNSEL:
James R. Steffen (MN Bar # 204717)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402
(612) 766-7000

**Attorneys for Defendants Target
Corporation and Target Brands, Inc.**