Lita Beth Wright (LW 0442)
STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
Attorneys for Defendants Target Corporation
   and Target Brands, Inc.

OF COUNSEL:
James R. Steffen (MN#204717)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota  55402
(612) 766-7000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
DIANE VON FURSTENBERG STUDIO, L.P., :
a Delaware limited partnership,
                                                   :
               Plaintiff,
                                                 :
   -against-
                                                 :   **08 Civ. 00866 (CM) (GWG)**

TARGET BRANDS, INC., a Minnesota,
corporation; TARGET CORPORATION, a   :   **ECF CASE**
Minnesota corporation; KANDY KISS OF
CALIFORNIA, INC., a California corporation;  :   **<u>NOTICE OF APPEARANCE</u>**
MILLWORK TRADING COMPANY, LTD., aNew
York corporation,                          :
               Defendants.
                                                 :

                                                 :
------------------------------------------------------------------ x

To the Clerk of this Court and all parties of record:

    Enter my appearance as counsel in this case for TARGET CORPORATION and

TARGET BRANDS, INC.  I certify that I am admitted to practice in this court.

2

| | |
|---|---|
| Dated: New York, NY<br>March 31, 2008 | STORCH AMINI & MUNVES PC |
| | By:   /s/ Lita Beth Wright<br>       Lita Beth Wright (LW 0442)<br>140 East 45th Street, 25th Floor<br>New York, New York 10017<br>Tel. (212) 490-4100<br>Fax (212) 490-4208 |
| OF COUNSEL:<br>James R. Steffen (MN Bar # 204717)<br>FAEGRE & BENSON LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota  55402<br>(612) 766-7000 | **Attorneys for Defendants Target Corporation and Target Brands, Inc.** |