UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANE VON FURSTENBERG STUDIO, L.P.

Plaintiff,

-v-

TARGET BRANDS, INC., et al.,

Defendant.

Case No. 08 CV 866 (CM)

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for KANDY KISS OF CALIFORNIA, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

Date: April 2, 2008

Signature of Attorney

Attorney Bar Code: 8833

Form Rule7_1.pdf  SDNY Web 10/2007