UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
DIANE VON FURSTENBERG            08 Civ. 866 (CM)(GWG)
STUDIO, L.P.,

                Plaintiff,
                                  MOTION TO ADMIT
    -against-                         COUNSEL PRO
                                         PRO HAC VICE
TARGET BRANDS, INC., et al.,

                Defendants.
------------------------------------------------------x

       PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Kenneth R. Schachter, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

      Applicant's Name:  Mark Brutzkus, Esq.
      Firm Name:  Ezra Brutzkus Gubner LLP
      Address:  21650 Oxnard Street – Suite 500
      City/State/Zip:  Woodland Hills, California 91367
      Phone Number:  (818) 827-9000
      Fax Number:  (818) 827-9099

MARK BRUTZKUS is a member in good standing of the Bar of the State of California.

Mr. Brutzkus's California State Bar Number is 128102.

There is no pending disciplinary proceeding against Mr. Brutzkus in any State or Federal Court.

Date:  New York, New York
       April 1, 2008

Respectfully Submitted,

_____
Kenneth R. Schachter (KS 8833)
Silverberg Stonehill Goldsmith & Haber, P.C.
111 West 40th Street
New York, New York 10018
(212) 730-1900

Q:\Frankie\KRS\Kandy Kiss\Motion to Admit - 04.01.08.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DIANE VON FURSTENBERG           08 Civ. 866 (CM)(GWG)
STUDIO, L.P.,

                Plaintiff,

                                              DECLARATION OF
        -against-                                KENNETH R.
                                              SCHACHTER IN
TARGET BRANDS, INC., et al.,                SUPPORT OF MOTION
                                              TO ADMIT COUNSEL
               Defendants.                    PRO HAC VICE
------------------------------------------------------------x

          KENNETH R. SCHACTHER, declares as follows:

        1.      I am a member of Silverberg Stonehill Goldsmith & Haber, P.C., counsel for defendant Kandy Kiss of California Inc. ("Kandy Kiss") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Kandy Kiss' Motion to admit Mark Brutzkus as counsel pro hac vice to represent Kandy Kiss in this matter.

        2.      I am a member of good standing of the bar of the State of New York, and was admitted to practice law in March 1975. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

        3.      I have known Mark Brutzkus since 2001.

        4.      Mr. Brutzkus is a member of Ezra Brutzkus Gubner LLP.

        5.      I have found Mr. Brutzkus to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

        6.      Accordingly, I am pleased to move the admission of Mark Brutzkus, pro hac vice.

        7.      I respectfully submit a proposed order granting the admission of Mark Brutzkus, pro hac vice, which is attached hereto as Exhibit "A".

**WHEREFORE**, it is respectfully requested that the motion to admit Mark Brutzkus, pro hac vice, to represent Plaintiffs in the above-captioned matter, be granted.

I declare under penalties of perjury that the foregoing is true and correct.

Dated: New York, New York
April 1, 2008

_____
Kenneth R. Schachter (KRS 8833)

Q:\Frankie\KRS\Kandy Kiss\Declaration - 04.01.08.doc

# EXHIBIT "A"



## Supreme Court of California

FREDERICK K. OHLRICH
*Clerk of the Court*

CERTIFICATE OF THE CLERK OF THE SUPREME COURT

OF THE

STATE OF CALIFORNIA

### MARK DAVID BRUTZKUS

I, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that MARK DAVID BRUTZKUS was on the 17TH day of JUNE 1987, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 6th day of SEPTEMBER, 2006.*

FREDERICK K. OHLRICH
Clerk of the Supreme Court

By _____
Joseph Cornetta, Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

DIANE VON FURSTENBERG              08 Civ. 866 (CM)(GWG)
STUDIO, L.P.,

                Plaintiff,

                                                           [PROPOSED] ORDER FOR
      -against-                                       ADMISSION PRO HAC
                                                                VICE ON WRITTEN MOTION

TARGET BRANDS, INC., et al.,

                Defendants.
----------------------------------------------------------x

       Upon the Motion of Kenneth R. Schachter, attorney for defendant Kandy Kiss of California, Inc., and said sponsor's affidavit in support;

       **IT IS HEREBY ORDERED** that:

       Mark Brutzkus, Esq.
       Ezra Brutzkus Gubner LLP
       21650 Oxnard Street – Suite 500
       Woodland Hills, California  91367
       Phone Number:   (818) 827-9000
       Fax Number:     (818) 827-9099
       Email: mbrutzkus@ebglaw.com

is admitted to practice pro hac vice as counsel for defendant Kandy Kiss of California, Inc. in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this case is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall forward the pro hac vice fee to the Clerk of the Court.

                                                                                          _____
                                                                                          HON. COLLEEN McMAHON
                                                                                          United States District Judge

Q:\Frankie\KRS\Kandy Kiss\Motion to Admit - 04.01.08.doc