LORA A. MOFFATT (LM 4084)
ALISON G. NAIDECH (AN 6010)
SALANS
620 Fifth Avenue
Rockefeller Plaza
New York, New York 10020
Telephone: (212) 632-5500
Facsimile: (212) 632-5555

*Attorneys for Defendant*
*The Millwork Trading Company, Ltd.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DIANE VON FURSTENBERG STUDIO, L.P., a Delaware limited partnership, <br><br> Plaintiff, <br><br> v. <br><br> TARGET BRANDS, INC., a Minnesota corporation; TARGET CORPORATION, a Minnesota corporation; KANDY KISS OF CALIFORNIA, INC., a California corporation; MILLWORK TRADING COMPANY, LTD., a New York corporation, <br><br> Defendants. | Civil Action No. 08 CV 00866 (CM) (GWG) <br><br> **RULE 7.1 STATEMENT OF DEFENDANT THE MILLWORK TRADING COMPANY, LTD.** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for THE MILLWORK TRADING COMPANY, LTD. (and not, as indicated in the case caption, Millwork Trading Company, Ltd.), which is a Delaware corporation and not a New York corporation (a private non-governmental party), certifies that the following is an indirect corporate parent of said party and is publicly

NewYork 1134985.1

held:  Li & Fung Ltd., a Bermuda corporation, which is publicly traded on the Hong Kong Exchange.

Dated: New York, New York

April 3, 2008

        Respectfully submitted,

        SALANS

        By:  s/Lora A. Moffatt
            Lora A. Moffatt (LM 4084)
            Alison G. Naidech (AN 6010)
        Rockefeller Plaza
        620 Fifth Avenue
        New York, NY 10020
        Telephone:  212-632-5500
        Facsimile:  212-632-5555

        *Attorneys for Defendant*
        *The Millwork Trading Company, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2008, I electronically filed the foregoing **RULE 7.1 STATEMENT OF DEFENDANT THE MILLWORK TRADING COMPANY, LTD.** with the Clerk or Court using the CM/ECF system which will send notification of such filing to the following persons at the given email addresses:

| | |
|---|---|
| Harley Irwin Lewin<br>lewinh@gtlaw.com | Scott David Gelin<br>gelins@gtlaw.com |
| Lita Beth Wright<br>lbwright@samlegal.com | Kenneth Roy Schachter<br>krschachter@ssghlaw.com |

I also hereby certify that on April 3, 2008, a true and correct copy of the foregoing **RULE 7.1 STATEMENT OF DEFENDANT THE MILLWORK TRADING COMPANY, LTD.** was mailed, postage prepaid, via First Class Mail to the following:

Harley Irwin Lewin
Greenberg Traurig LLP
200 Park Avenue
New York, NY  10166

Lita Beth Wright
Storch Amini & Munves PC
2 Grand Central Tower
140 East 45th Street, 25th Fl.
New York, NY  10017

NewYork 1134985.1

Kenneth Roy Schachter
Silverberg Stonehill Goldsmith & Haber PC
111 West 40th Street
New York, NY  1001

                                               By:  s/Lora A. Moffatt
                                                      Lora A. Moffatt (LM 4084)

SALANS
Rockefeller Plaza
620 Fifth Avenue
New York, NY 10020
Telephone:  212-632-5500
Facsimile:  212-632-5555

*Attorneys for Defendant*
*The Millwork Trading Company, Ltd.*

NewYork 1134985.1