Lita Beth Wright (LW 0442)
STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
Attorneys for Defendants
Target Brands, Inc., and Target Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DIANE VON FURSTENBERG STUDIO, L.P., a :    Case No. 08 CV 00866 (CM) (GWG)
Delaware limited partnership,

                Plaintiff,           :    **ECF CASE**

                -against-           :    **MOTION FOR AN ORDER FOR ADMISSION PRO HAC VICE**

TARGET BRANDS, INC., a Minnesota
corporation; TARGET CORPORATION, a
Minnesota corporation; KANDY KISS OF
CALIFORNIA, INC., a California corporation;
MILLWORK TRADING COMPANY, LTD, a
New York Corporation                :

                Defendants.         :
-----------------------------------------------------------x

Pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, defendants Target Brands, Inc. and Target Corporation ("Target"), by its undersigned attorneys, as and for its motion, respectfully represents:

1. By this motion and the accompanying Declaration of Lita Beth Wright, dated April 3, 2008, Target seeks an order permitting Mr. Cruz to appear *pro hac vice* for the purpose of representing Target as co-counsel in this action.

2. Mr. Cruz is a member in good standing and entitled to practice law before the United States District Court for the District of Minnesota.

3. During the twelve (12) months immediately preceding the filing of this Motion, Mr. Cruz did not seek, nor was he admitted *pro hac vice* in this Court.

4. Mr. Cruz has never been disbarred, suspended or denied admission to practice.

5. Mr. Cruz is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Southern District of New York, the Federal Rules of Evidence, and the New York State Lawyers' Code of Professional Responsibility, and understands that he shall be subject to the disciplinary jurisdiction of this Court.

6. Co-counsel for Mr. Cruz in this proceeding will be Lita Beth Wright of the law firm of Storch Amini & Munves PC who is formally admitted to the bar of the Court.

7. Mr. Cruz understands that admission *pro hac vice* does not constitute formal admission to the bar of this Court.

WHEREFORE, defendants Target Brands, Inc., and Target Corporation respectfully request that this motion be granted in its entirety and for such other and further relief as is just and proper.

Dated: New York, NY
       April 3, 2008

STORCH AMINI & MUNVES PC

By: _/s/ Lita Beth Wright_
Lita Beth Wright (LW 0442)
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100

OF COUNSEL:
James Steffen (MN Bar # 204717)
Timothy Cruz (MN Bar # 386626)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
(612) 766-7000

*Attorneys for Defendants Target Brands, Inc., and Target Corporation*

Lita Beth Wright (LW 0442)
STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
Attorneys for Defendants
Target Brands, Inc., and Target Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DIANE VON FURSTENBERG STUDIO, L.P., a  :  Case No. 08 CV 00866 (CM)
Delaware limited partnership,             (GWG)

              Plaintiff,  :  **ECF CASE**

              -against-  :  **DECLARATION IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

TARGET BRANDS, INC., a Minnesota
corporation; TARGET CORPORATION, a
Minnesota corporation; KANDY KISS OF
CALIFORNIA, INC., a California corporation;
MILLWORK TRADING COMPANY, LTD, a
New York Corporation               :

             Defendants.  :
------------------------------------------------------------x

    LITA BETH WRIGHT declares the following to be true under penalty of perjury pursuant to 28 U.S.C. § 1746:

    1.    I am an officer with the firm of Storch Amini & Munves PC and I am fully familiar with the facts set forth herein. My firm and the firm of Faegre & Benson LLP, 2200 Wells Fargo Center, 90 South Seventh Street, Minneapolis, Minnesota 55402, are co-counsel for defendants Target Brands, Inc., and Target Corporation ("Target") in this action. I respectfully submit this declaration in support of Target's motion for an order admitting Timothy Cruz, Esq. of Faegre & Benson LLP *pro hac vice* to represent Target as co-counsel in this action.

2. This action was commenced by service of plaintiff's summons and complaint upon Target on or about January 24, 2008.

3. Defendants respectfully move for the admission *pro hac vice*, of Timothy Cruz, Esq. Mr. Cruz is a member of the firm of Faegre & Benson LLP, co-counsel for Target. Mr. Cruz is a member in good standing and entitled to practice law before The United States District Court for the District of Minnesota. Mr. Cruz is familiar with Target's claims and defenses relating to the subject matter in plaintiff's complaint. I believe that he will competently and professionally represent Target's interests in this action.

4. Annexed as Exhibit A is the Certificate of Good Standing for Mr. Cruz issued by The United States District Court for the District of Minnesota on March 27, 2008.

5. Annexed hereto as Exhibit B is a proposed Order admitting Timothy Cruz, Esq. *pro hac vice* to appear before this court and in these proceedings on behalf of Target in all aspects of these proceedings.

6. I contacted counsel for plaintiff to seek their consent on this motion. Plaintiff's counsel has no objection to the foregoing motion.

7. In light of the foregoing, I respectfully move for the admission *pro hac vice* of Timothy Cruz, Esq. for purposes of defending this action on behalf of Target.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 3rd day of April 2008.

_____
LITA BETH WRIGHT

# UNITED STATES DISTRICT COURT

## District of Minnesota

**CERTIFICATE OF
GOOD STANDING**

I, Richard D. Sletten, Clerk of this Court, certify that

Timothy Cruz, Bar # 386626, was duly admitted

to practice in this Court on December 8, 2006 and is in

good standing as a member of the Bar of this Court.

Dated at Minneapolis, Minnesota, on March 27, 2008.


RICHARD D. SLETTEN, CLERK

_____
(By)                Larry Lewis, Deputy Clerk

Form Modified 12/30/03

Lita Beth Wright (LW 0442)
STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
Attorneys for Defendants
Target Brands, Inc., and Target Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DIANE VON FURSTENBERG STUDIO, L.P., a   :   **Case No. 08 CV 00866 (CM)**
Delaware limited partnership,                            **(GWG)**

                Plaintiff,          :   **ECF CASE**


              -against-             :   **ORDER ADMITTING**
                                                       **TIMOTHY CRUZ**
                                                       <u>**PRO HAC VICE**</u>

TARGET BRANDS, INC., a Minnesota
corporation; TARGET CORPORATION, a
Minnesota corporation; KANDY KISS OF
CALIFORNIA, INC., a California corporation;
MILLWORK TRADING COMPANY, LTD, a
New York Corporation                                       :

                Defendants.          :
-------------------------------------------------------------x

     Upon the motion of defendants Target Brands, Inc., and Target Corporation, by its attorneys, Storch Amini & Munves PC, seeking an order for admission, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, and there being no opposition from plaintiff to the motion, and sufficient cause appearing, therefore, it is

     ORDERED, that Timothy Cruz, Esq. is hereby admitted *pro hac vice* to appear before this Court and in these proceedings on behalf of defendants Target Brands, Inc. and Target

Corporation in all aspects of these proceedings. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2008

_____
Honorable Colleen McMahon
United States District Judge

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )ss.:
COUNTY OF NEW YORK   )

Monica Kim, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

On April 3, 2008 deponent caused a true and correct of the within **Motion for an Order permitting Timothy Cruz, Esq. to appear** *pro hac vice* **and the accompanying Declaration of Lita Beth Wright with annexed exhibits** to be served upon:

Scott Gelin, Esq.
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Ave., 34th Floor
New York, NY 10166

Kenneth Schachter, Esq.
SILVERBERG STONEHILL GOLDSMITH & HABER, P.C.
111 West 40th St.
New York, NY 10018

Lora Moffatt, Esq.
SALANS
Rockefeller Center
620 Fifth Ave.
New York, NY 10020

Mark Brutzkus, Esq.
EZRA BRUTZKUS GRUBNER, LLP
21650 Oxnard St., Suite 500
Woodland Hills, CA 91367

at the addresses designated by said attorneys for that purpose, by depositing a true and correct copy thereof, enclosed in postpaid wrapper marked for overnight delivery addressed to the above under the exclusive care and custody Federal Express.

_____
Monica Kim

Sworn to before me this
3rd day of April, 2008

_____
Notary Public

KEVIN FRITZ
Notary Public, State of New York
No. 02FR6139281
Qualified in New York County
Commission Expires on January 3, 2010