USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

Lita Beth Wright (LW 0442)
STORCH AMINI & MUNVES PC
Two Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
(212) 490-4100
Attorneys for Defendants
Target Brands, Inc., and Target Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DIANE VON FURSTENBERG STUDIO, L.P., a    :    Case No. 08 CV 00866 (CM)
Delaware limited partnership,                                  (GWG)

              Plaintiff,             :    ECF CASE

         -against-                         :    **ORDER ADMITTING
                                                        TIMOTHY CRUZ
                                                           PRO HAC VICE**

TARGET BRANDS, INC., a Minnesota
corporation; TARGET CORPORATION, a
Minnesota corporation; KANDY KISS OF
CALIFORNIA, INC., a California corporation;
MILLWORK TRADING COMPANY, LTD, a
New York Corporation                                   :

              Defendants.           :
-------------------------------------------------------------x

      Upon the motion of defendants Target Brands, Inc., and Target Corporation, by its attorneys, Storch Amini & Munves PC, seeking an order for admission, pursuant to Rule 1.3(c) of the Local Civil Rules of the United States District Court for the Southern District of New York, and there being no opposition from plaintiff to the motion, and sufficient cause appearing, therefore, it is

      ORDERED, that Timothy Cruz, Esq. is hereby admitted *pro hac vice* to appear before this Court and in these proceedings on behalf of defendants Target Brands, Inc. and Target

Corporation in all aspects of these proceedings. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: April 9th, 2008
New York, New York

_____
Honorable Colleen McMahon
United States District Judge