# Greenberg Traurig

Scott Gelin
Tel. (212) 801-2181
Fax (212) 224-6147
gelins@gtlaw.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/19/08

*30 days more*
*No more*
*Collen M. McM*
5/19/08

May 16, 2008

**VIA FACSIMILE (212) 805-6326**

Honorable Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

Re:   **Diane von Furstenberg Studio, L.P. v. Target Brands, Inc., et al., 08 Civ. 866 (CM)
(GWG)**

Dear Judge McMahon:

We are counsel for Diane von Furstenberg Studio, L.P. in the above-referenced matter.
Pursuant to Your Honor's Order of April 22, 2008, we are writing to inform the Court that
parties have not yet finalized settlement but expect to do so within the next few weeks.

We are writing to request an extension of the Order of Discontinuance for an additional
thirty (30) days, until June 23, 2008, during which time parties expect to finalize settlement.
We have consulted with counsel for each defendant in this matter and each consents to the
requested extension.

Respectfully submitted,

Scott Gelin
Greenberg Traurig LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

*Counsel for Plaintiff and Counterclaim-Defendant
Diane von Furstenberg Studio, L.P.*

Honorable Colleen McMahon
May 16, 2008
Page 2

cc
James Steffen, Faegre & Benson LLP
*Counsel for Defendants Target Brand, Inc. and Target Corporation*

Mark Brutzkus, Ezra Brutzkus Gubner LLP
*Counsel for Defendant Kandy Kiss of California, Inc.*

Lora A. Moffatt, Salans
*Counsel for Defendant and Counterclaim-Plaintiff The Millwork Trading Company, Ltd.*