*McMahon*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

DIANE VON FURSTENBERG STUDIO, )
LP, a Delaware limited partnership, )
    Plaintiff, )
       v. )
)  Case No. 08 CV 00866 (CM) (GWG)
TARGET BRANDS, INC., a Minnesota )
Corporation; TARGET CORPORATION, a )
Minnesota corporation, KANDY KISS OF )  STIPULATED ORDER FOR
CALIFORNIA, INC., a California )  PERMANENT INJUNCTION ON
Corporation; THE MILLWORK TRADING )  CONSENT FOR THE MILLWORK
CO., LTD, a New York Corporation )  TRADING CO., LTD.
)
    Defendants. )
)
----------------------------------------

    Plaintiff Diane von Furstenberg Studio, LP ("DVF") claiming to own the exclusive right, title and interest to the copyright for "Scattered Stones" design ("DVF Design") identified in Paragraphs 22 and 23 and Exhibits C and D of the First Amended Complaint and having commenced this action alleging copyright infringement, unfair competition and related claims against Defendants Target Corporation, Target Brands, Inc. and The Millwork Trading Co., Ltd., including its division Oxford Collections ("Oxford") (Target Brands, Inc., Target Corporation, and Oxford are collectively referred to as "Defendants") for their alleged infringement of the DVF Design by manufacture and sale of the Disputed Products, (as defined in the Settlement Agreement); and

    Oxford, without admitting liability, but wishing to settle the matter by agreeing that Oxford shall discontinue all use of the DVF Design; and

    The parties, having indicated below their consent to the form and entry of this Permanent Injunction and Final Judgment on Consent.

    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Oxford, its affiliates agents (only with respect to work done on behalf of Oxford), officers, and employees, excluding Target Brands Inc. and Target Corporation, shall refrain from the

NY 238,767,406v1 4/21/2008
NewYork 1164064.2

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08
```

manufacture, reproduction, importation, exportation, promotion, display, sale, offer for sale, distribution, marketing of the Disputed Products and/or goods bearing the DVF Design.

IT IS FURTHER ORDERED, that this Court has jurisdiction over the parties, and the subject matter of the action. This Court shall retain jurisdiction to the extent necessary to enforce this Injunction, and the confidential Settlement Agreement separately entered into between the parties, and to determine any issues that may arise under either.

CONSENTED TO BY PLAINTIFF AND COUNTERCLAIM-DEFENDANT

DIANE VON FURSTENBERG STUDIO, L.P.

DATED: 6/24/08   By _____

Scott Gelin (SG 9599)
Greenberg Traurig LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

*Attorney for Plaintiff*
*Diane von Furstenberg Studio, L.P.*

CONSENTED TO BY DEFENDANTS TARGET BRANDS, INC. AND TARGET

CORPORATION

DATED: _____   By: _____

James Steffen
*Faegre & Benson LLP*
*2200 Wells Fargo Center*
*90 South Seventh Street*
*Minneapolis, MN 55402*

*Attorney for Defendants Target*
*Brand, Inc. and Target Corporation*

manufacture, reproduction, importation, exportation, promotion, display, sale, offer for sale, distribution, marketing of the Disputed Products and/or goods bearing the DVF Design.

**IT IS FURTHER ORDERED**, that this Court has jurisdiction over the parties, and the subject matter of the action. This Court shall retain jurisdiction to the extent necessary to enforce this Injunction, and the confidential Settlement Agreement separately entered into between the parties, and to determine any issues that may arise under either.

CONSENTED TO BY PLAINTIFF AND COUNTERCLAIM-DEFENDANT

DIANE VON FURSTENBERG STUDIO, L.P.

DATED: _____     By _____
Scott Gelin (SG 9599)
Greenberg Traurig LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

*Attorney for Plaintiff*
*Diane von Furstenberg Studio, L.P.*

CONSENTED TO BY DEFENDANTS TARGET BRANDS, INC. AND TARGET CORPORATION

DATED: 6/24/08     By: _____
James Steffen
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

*Attorney for Defendants Target*
*Brand, Inc. and Target Corporation*

CONSENTED TO BY DEFENDANT AND COUNTERCLAIM-PLAINTIFF THE

MILLWORK TRADING CO., LTD.

DATED: 6/24/2008    By: _____
Lora A. Moffatt
Salans
Rockefeller Center
620 5th Avenue
New York, NY 10020

Attorney for The Millwork Trading Co., Ltd.

SO ORDERED:

DATED: 7/2/08    By: _____
United States District Judge