UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIANE VON FURSTENBERG STUDIO,
LP., a Delaware limited partnership,

    Plaintiff,

v.

TARGET BRANDS, INC., a Minnesota
Corporation; TARGET CORPORATION, a
Minnesota corporation, KANDY KISS OF
CALIFORNIA, INC., a California
Corporation; MILLWORK TRADING
COMPANY, LTD, a New York Corporation

    Defendants.

Case No. 08 CV 00866 (CM) (GWG)

STIPULATED ORDER FOR
PERMANENT INJUNCTION ON
CONSENT FOR KANDY KISS OF
CALIFORNIA, INC.

    Plaintiff Diane von Furstenberg Studio, LP ("DVF") claiming to own the exclusive right, title and interest to the copyright for "DVF Falling Spotted Frog" design ("DVF Design") identified in Paragraphs 19, 20 and 21 and Exhibits A and B of the First Amended Complaint and having commenced this action alleging copyright infringement, unfair competition and related claims against Defendants Target Corporation, Target Brands, Inc. and Kandy Kiss Of California, Inc. ("Kandy Kiss") (Target Brands, Inc., Target Corporation, and Kandy Kiss are collectively referred to as "Defendants") for their alleged infringement of the DVF Design; and

    Kandy Kiss, without admitting liability, but wishing to settle the matter by agreeing that Kandy Kiss shall discontinue all use of the DVF Design; and

    The parties, having indicated below their consent to the form and entry of this Permanent Injunction and Final Judgment on Consent.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    Kandy Kiss, their affiliates, officers, agents, employees, and all those in active concert or participation with Kandy Kiss, excluding Target Brands Inc. and Target

NY 238,767,406v1 4/21/2008

EXHIBIT A

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/08

Corporation, shall refrain from the manufacture, reproduction, importation, exportation, preparation, promotion, display, sale, offer for sale, distribution, marketing of the Accused Products and/or goods bearing the DVF Design.

IT IS FURTHER ORDERED, that this Court has jurisdiction over the parties, and the subject matter of the action. This Court shall retain jurisdiction to the extent necessary to enforce this Injunction, and the confidential Settlement Agreement separately entered into between the parties, and to determine any issues that may arise under either.

CONSENTED TO BY PLAINTIFF

DATED: 6/24/08    By: *[signature]*

Scott Gelin (SG 9599)
Greenberg Traurig LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

*Attorney for Plaintiff*
*Diane von Furstenberg Studio, L.P.*

CONSENTED TO BY DEFENDANTS TARGET BRANDS, INC. AND TARGET CORPORATION

DATED: 6/24/08    By: *[signature]*

James Steffen
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

*Attorney for Defendants Target*
*Brand, Inc. and Target Corporation*

NY 238,757,405v1 4/21/2008

CONSENTED TO BY DEFENDANT KANDY KISS OF CALIFORNIA, INC.

DATED: 6/26/08     By: *[signature]*

Mark Brutzkus
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

Attorney for Defendant Kandy Kiss
of California, Inc.

SO ORDERED:

DATED: 7/2/08     By: *[signature]*
United States District Judge

NY 236,782 40644 6/21/2008