UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

DIANE VON FURSTENBERG STUDIO, )
L.P., a Delaware limited partnership, )
        Plaintiff )
)  Case No. 08 CV 00866 (CM)(GWG)
     v. )
)
TARGET BRANDS, INC., a Minnesota )  **STIPULATION AND ORDER OF**
Corporation; TARGET CORPORATION, a )  **DISMISSAL WITH PREJUDICE**
Minnesota corporation, KANDY KISS OF )
CALIFORNIA, INC., a California )
Corporation; MILLWORK TRADING CO., )
LTD, a New York Corporation )
)
        Defendants. )
)
)
-------------------------------------------------------

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Counterclaim-Defendant, Diane von Furstenberg Studio, L.P. and Defendants Target Brand, Inc., Target Corporation, Kandy Kiss of California, Inc, and Defendant and Counterclaim-Plaintiff The Millwork Trading Co., Ltd. as follows:

    1.    Pursuant to Rules 41(a)(1)(ii) and 41(c) of the Federal Rules of Civil Procedure, the above-captioned action is dismissed in its entirety with prejudice and without award of costs or attorneys' fees to any party.

    2.    The parties have settled all disputes existing between them with respect to this action.

    3.    This Court shall retain exclusive jurisdiction of this matter to enforce the obligations of the parties under the terms of their confidential settlement agreement.

**CONSENTED TO BY PLAINTIFF AND COUNTERCLAIM-DEFENDANT**

DATED: 6/24/08   By: _____
Scott Gelin (SG-9559)
Greenberg Traurig LLP
200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

*Attorneys for Plaintiff and
Counterclaim-Defendant
Diane von Furstenberg Studio, L.P.*

**CONSENTED TO BY DEFENDANTS TARGET BRANDS, INC. AND TARGET CORPORATION**

DATED: 6/24/08   By: _____
James Steffen
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

*Attorneys for Defendants Target
Brands, Inc. and Target Corporation*

**CONSENTED TO BY DEFENDANT KANDY KISS OF CALIFORNIA, INC.**

DATED: _____   By: _____
Mark Brutzkus
Ezra Brutzkus Gubner LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367

*Attorney for Defendant Kandy Kiss
of California, Inc.*

NY 238,767,413v1 4/21/2008

**CONSENTED TO BY PLAINTIFF AND COUNTERCLAIM-DEFENDANT**

DATED: _____          By: _____
                                   Scott Gelin (SG 9599)
                                   Greenberg Traurig LLP
                                   200 Park Avenue
                                   New York, New York 10166
                                   Tel: (212) 801-9200
                                   Fax: (212) 801-6400

                                   *Attorney for Plaintiff and*
                                   *Counterclaim-Defendant*
                                   *Diane von Furstenberg Studio, L.P.*

**CONSENTED TO BY DEFENDANTS TARGET BRANDS, INC. AND TARGET CORPORATION**

DATED: _____          By: _____
                                   James Shaffer
                                   Faegre & Benson LLP
                                   2200 Wells Fargo Center
                                   90 South Seventh Street
                                   Minneapolis, MN 55402

                                   *Attorneys for Defendants Target*
                                   *Brands, Inc. and Target Corporation*

**CONSENTED TO BY DEFENDANT KANDY KISS OF CALIFORNIA, INC.**

DATED: 6/26/08               By: _____
                                   Mark Brutzkus
                                   Ezra Brutzkus Gubner LLP
                                   21650 Oxnard Street, Suite 500
                                   Woodland Hills, CA 91367

                                   *Attorney for Defendant Kandy Kiss*
                                   *of California, Inc.*

WY 238,797,413-1 4/21/2008

CONSENTED TO BY DEFENDANT AND COUNTERCLAIM PLAINTIFF THE MILLWORK TRADING CO., LTD.

DATED: 6/24/2008    By: _____
Dara L. Moffatt
Salans
Rockefeller Center
620 5th Avenue
New York, NY 10020

Attorney for The Millwork Trading Co., Ltd.

SO ORDERED:
DATED: 7/8/08    By: _____
United States District Judge

NY 233,787, 413v1.4/21/2008